**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IN RE:

PEDRO GOMEZ AND YOLANDA　　　　　　　　　Case No. 11-20400 BKC-AJC
VALDEZ,　　　　　　　　　　　　　　　　　　CHAPTER 7

Debtor(s)_____/

## SUMMARY OF FINAL FEE APPLICATION OF MARCUM, LLP ACCOUNTANT FOR CHAPTER 7 TRUSTEE

1.  Name of applicant: ................................................................................Marcum, LLP
2.  Role of applicant: ........................................................................ Accountant for Trustee
3.  Name of certifying professional:............................................................Barry E. Mukamal
4.  Date case filed: ...................................................................................... April 18, 2011
5.  Date of application for employment:......................................................November 23, 2011
6.  Date of order approving employment: ....................................................November 29, 2011
7.  If debtor's counsel, date of Disclosure of Compensation form:........................................N/A
8.  Date of this application: ........................................................................ December 9, 2013
9.  Dates of services covered:................................. March 15, 2012 through December 4, 2013
10. If Chapter 7, amount Trustee has on hand............................................................$43,094.10

    **Fees…**
11. Total fee requested for this period (from Exhibit 1): .............................................$5,154.00
12. Balance remaining in fee retainer account, not yet awarded: ......................................$0.00
13. Fees paid or advanced for this period, by other sources: .............................................$0.00
14. **Net amount of fee requested for this period: ......................................................$5,154.00**

    **Expenses...**
15. Total expense reimbursement requested for this period: .............................................$40.48
16. Balance remaining in expense retainer account, not yet received: ..............................$0.00
17. Expenses paid or advanced for this period, by other sources: ......................................$0.00
18. **Net amount of expense reimbursements requested for this period:......................$40.48**
19. Gross award requested for this period (#11 + #15):.............................................$5,194.48
20. **Net award requested for this period (#14 + #18):.............................................$5,194.48**
21. If <u>Final</u> Fee Application, amounts of net awards requested
    in interim applications but <u>not previously awarded</u>
    (total from History of Fees and Expenses, following pages):.... ……………….. $10,319.20
22. **Total fee and expense award requested  (#20 + 21): ……………………..…..$15,513.68**

**HISTORY OF FEES AND EXPENSES**

1. Amounts of third party payments received:

| DATE | SOURCE | AMOUNT | PURPOSE |
|---|---|---|---|
| 4/19/2012 | Children's Kingdom Enrichment Center | $ 30,000.00 | Management Fee |

2. Prior fee and expense awards:

<u>First Interim Fee Application</u>
1. Dates, sources, and amounts of retainers received: ...........................................................N/A
2. Interim Fee Application dates of service: ......................................................11/09/11-06/28/12
3. Date of first award: ........................................................................................ 10/19/12
4. Fees requested from Interim Fee Application: ..........................................................$51,596.00
5. Net amount of fee requested: ...................................................................... $21,596.00
6. Fees awarded: ................................................................................................. $11,276.80
7. Holdback: .......................................................................................................$10,319.20
8. Expenses requested from Interim Fee Application: ............................................................$0.00
9. Expenses awarded:................................................................................................ $0.00
10. Holdback: ........................................................................................................$0.00
11. Amount of fees actually paid: ...........................................................................$11,276.80
12. Amount of expenses actually paid: .......................................................................$0.00

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

PEDRO GOMEZ AND YOLANDA VALDEZ,

Case No. 11-20400 BKC-AJC
CHAPTER 7

Debtor(s)_____/

## FINAL FEE APPLICATION OF MARCUM, LLP ACCOUNTANT FOR CHAPTER 7 TRUSTEE

Marcum LLP ("Marcum" or the "Applicant"), as Accountants for Barry Mukamal, Trustee, files this Application for Final Compensation of fees for services rendered and costs incurred in this Chapter 7 proceeding. This application is filed pursuant to 11 U.S.C. § 330 and Bankruptcy Rule 2016, and meets all of the requirements set forth in the Guidelines incorporated in Local Rule 2016-1(B)(1). The exhibits attached to this application, pursuant to the Guidelines Exhibit "1" (a) and (b) – The applicant's Summary of Professional and Paraprofessional time, Exhibit "2" – The Applicants summary of requested reimbursement of expenses and Exhibit "3" – The Applicants complete time records, in chronological order, by activity code category, for the time period covered by this application. The requested fees are itemized to the tenth of an hour.

The Applicant believes that the requested fee, of **$5,154.00** for 22 hours worked, is reasonable considering the twelve factors enumerated in Johnson v. Georgia Highway Express, Inc., 488 F.2d 714 (5th Circuit 1974), made applicable to bankruptcy proceedings by In re First Colonial Corp. of America, 544 F.2d 1291 (5th Cir. 1977), as follows:

1. Marcum, LLP was appointed to represent Barry E. Mukamal, Chapter 7 Trustee, in connection with this case pursuant to an order entered by this Court on November 9, 2011. The services rendered on behalf of the Trustee have been performed by John L. Heller, Director; Cheryl A. Rawson, Senior Manager; Kathy Foster and Jaime Angarita, and Michael Joseph Ambrose, Managers; Lisa R. Owens, Lucila M. Perez, and Lupe Arce-Solorzano, Associates; and Janice Murray, paraprofessional.

2.	The Applicant makes this Application for final compensation for professional services rendered in accordance with the above-mentioned employment.  This application covers fees for services performed from March 15, 2012.  All services for which compensation is requested were performed for the benefit of the Debtor Estate.

3.	No compensation has been or will be shared with any person or party, other than among partners and regular associates of the Applicant.  No agreement or understanding exists between Applicant and any other person for the sharing of compensation received or to be received for services rendered or in connection with this case.

## CASE STATUS

The Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code on April 18, 2011. Barry E. Mukamal was appointed as Chapter 7 Trustee.  Since the inception of the case,  the Applicant has assisted the Trustee with a wide range of analyses relating to the operations, assets and liabilities of the Debtor's business and various tasks essential to the administration of the Debtor's Estate.

Amount Involved and the Result Obtained.

While performing his duties, Applicant has been involved in numerous aspects of this case.  In particular the Applicant has rendered accounting and advisory services to the Trustee in the following categories.

Accounting & Audit

The Applicant spent 0.4 hours for fees of $136.00 in analyzing Debtor records.

Fee Application

Applicant spent 3.5 hours for fees of $485.00 in preparation of the final fee application.

Other Procedures

Applicant spent 1.2 hours for fees of $133.00 in numerous administration duties and follow up on payments and case status.

Tax Issues

Applicant spent 16.9 hours for fees of $4,400.00 in preparation, review and process of initial and final 2012 Estate Income Tax Returns.

5.  Time and Labor Required.  The actual time records maintained by each principal, associate, senior and staff accountant, and/or paraprofessional performing services for the Trustee fully document the 22 hours expended by the Applicant in performing the professional services on behalf of the Trustee on this matter through December 4, 2013.  These time records do not reflect every hour expended in matters such as telephone calls, routine correspondence, brief conferences and responses to taxing authorities and creditors requesting information concerning the status of these proceedings.  The time records do reflect the majority of the time expended in performing the services rendered to the estate.  A summary of the time reports is attached hereto as **EXHIBIT 1A**.

6.  Skill Requisite to Perform the Accounting Services Properly.  To perform the services and obtain the results previously enumerated above; the Applicant required substantial tax skills, accounting skills, and experience in the bankruptcy arena.

7.  Preclusion of Other Employment by the Accountants Due to Acceptance of the Case.  Applicant is aware of no other employment, which was precluded by the acceptance of this case. Had Applicant not accepted this appointment, the time spent on this case would have been devoted to other clients paying substantially the same hourly compensation on a current basis.

8.  Customary Fee.  Applicant is normally compensated on an hourly basis and customarily bills commercial clients on a monthly basis, based on hourly rates scaled from $65 per hour for paraprofessionals to $400 per hour for partners.

9. <u>Whether the Fee is Fixed or Contingent</u>.  As accountant for the Trustee, Applicant's compensation for handling this matter is entirely contingent on Court approval and subject to such award as this Court may allow.

10. <u>Experience, Reputation and Ability of the Accountant</u>.  Applicant is an established, experienced firm well known to this Court.  Applicant enjoys an excellent reputation and the individual accountants assigned to this case have demonstrated substantial ability and skill in the fields of accounting, forensic investigation, internal control, and taxation.

11. <u>Nature and Length of the Professional Relationship with the Client</u>.  The Applicant has represented the Trustee in both Chapter 7 & 11 cases since 1992.

12. <u>Awards in Similar Cases</u>.  The amount prayed for by Applicant is not unreasonable in terms of awards in similar cases where comparable results have been obtained through the diligence and skill of the accountants.  The fees requested by the Applicant, computed at the rates indicated in **Exhibit 1**, comport with the economic spirit of the Bankruptcy Code.

13. Applicant respectfully represents that the reasonable value of services rendered to the estate through December 4, 2013 taking into account the relevant factors summarized above, including without limitation the hours of recorded time expended, is not less than **$5,154.00** and reasonable costs of **$40.48.**

**WHEREFORE**, the Applicant moves the court for an award of compensation for services rendered as accountant to the Trustee for the period of time from March 15, 2012 through December 4, 2013, in the amount of  **$5,154.00** and costs in the amount of **$40.48**, plus holdbacks in the amount of **$10,319.20** and further that the Court authorize the prompt payment of the total fees and costs of **$15,513.68** to Applicant upon entry of an appropriate Order.

Certification

1. I have been designated by Marcum, LLP. (The "Applicant") as the professional with responsibility in this case for compliance with The current Mandatory Guidelines On Fees And Disbursements For Professionals In The Southern District of Florida Bankruptcy Cases (the "Guidelines").

2. I have read the Applicant's application for compensation and reimbursement of costs (the "Application").

3. To the best of my knowledge, information, and belief formed after reasonable inquiry, the Application complies with the Guidelines.

4. To the best of my knowledge, information and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Guidelines, except as specifically noted in this Certification and described in the Application.

5. Except to the extent that fees or disbursements are prohibited or restricted by the Guidelines, the fees and disbursements sought are billed at rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

6. In providing a reimbursable service or disbursement (other than time charged for paraprofessionals and professionals), the Applicant does not make a profit on that service or disbursement (except to the extent that any such profit is included within the permitted allowable amounts set forth in the Guidelines for photocopies and facsimile transmission).

7. In charging for a particular service or disbursement, the Applicant does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment, or capital outlay (except to the extent that such amortization is included within the permitted allowable amounts set forth herein for photocopies and facsimile transmission).

8. In seeking reimbursement for a service, which the Applicant justifiably purchased or contracted for, from a third party, the Applicant is requesting reimbursement only for the amount billed to the Applicant by the third-party vendor and paid by the Applicant to such vendor.

9. The trustee (if any), the examiner (if any), the chairperson of each official committee (if any), the debtor, the U.S. Trustee, and their respective counsel, will be mailed, simultaneously with the filing of the Application with the Court, a complete copy of the Application (including all relevant exhibits).

10. The following are the variances with the provisions of the Guidelines, the date of the specific Court approval of such departure, and the justification for the departure: NONE

I HEREBY CERTIFY that the foregoing is true and correct.

|  |  |
|---|---|
|  | /s/ Barry E. Mukamal |
| Dated:   December 9, 2013 | BARRY E. MUKAMAL |
|  | Marcum, LLP |
|  | One Southeast Third Avenue, 10th Floor |
|  | Miami, FL  33131 |
|  | (305) 995-9600 |

**11-20400-AJC Notice will be electronically mailed to:**

Richard L. Allen on behalf of Creditor Solowsky & Allen, P.L.
rallen@salawmiami.com

Becket and Lee LLP on behalf of Creditor American Express Bank FSB
notices@becket-lee.com

Daniel C. Consuegra on behalf of Creditor HSBC Bank National Association
bkfiling@consuegralaw.com

Taji S Foreman on behalf of Creditor Wells Fargo Bank Minnesota, N.A.
tforeman@erwlaw.com, BankruptcyECF@erwlaw.com

Daniel L. Gold on behalf of Plaintiff Barry Mukamal
dgold@ecccounsel.com,
ltorres@ecclegal.com;nsocorro@ecclegal.com;redreira@ecclegal.com;ecala@ecclegal.com

Jaclyn Gonzalez on behalf of Creditor MUNB Loan Holdings, LLC
jgonzalez@mrthlaw.com, jgarey@mrthlaw.com;mrthbkc@gmail.com

Ross R Hartog on behalf of Creditor MUNB Loan Holdings, LLC
rhartog@mrthlaw.com,
ycandia@mrthlaw.com;ecfnotices@mrthlaw.com;areisino@mrthlaw.com;joyecf@mrthlaw.com;
mrthbkc@gmail.com

Joe M Lozano on behalf of Creditor Litton Loan Servicing, LP
notice@bvwlaw.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Ashley Prager Popowitz on behalf of Creditor Bankruptcy Receivables Management
aprager@lslawfirm.net, zshelomith@lslawfirm.net

Recovery Management Systems Corp
claims@recoverycorp.com

David R Rothenstein on behalf of Plaintiff Barry Mukamal
drr@ecclegal.com,
nsocorro@ecclegal.com;redreira@ecclegal.com;ecala@ecclegal.com;ltorres@ecclegal.com

Christopher P Salamone on behalf of Creditor Wells Fargo Bank Minnesota, N.A.
csalamone@erwlaw.com, BankruptcyECF@erwlaw.com

Peter D Spindel on behalf of Creditor Interamerican Bank, F.S.B.
peterspindel@gmail.com, peterspindelcmecf@gmail.com

Luis A Torrens on behalf of Debtor Pedro Gomez
luis@torrenslaw.com, aileen@torrenslaw.com;atovar@legalhelpgroup.com

**11-20400-AJC Notice will not be electronically mailed to:**

BMW Bank of North America, Inc.
c/o S. Blair Korschun
POB 201347
Arlington, TX 76006

BMW Financial Services NA, LLC
c/o Ascension Capital Group
POB 201347
Arlington, TX 76006

Martin Claire
Stampler Auctions
1914 Tigertail Blvd
Dania, FL 33004

Harry Stampler
Stampler Auctions
1914 Tigertail Blvd
Dania Beach, FL 33004

EXHIBIT 1A

Summary of Professional And
Paraprofessional Time

**Professionals**

| Name: | Yrs. Exp Insolvency | Yrs. Exp Accounting | Total Hours | Hourly Rate | Total Fee |
|---|---|---|---|---|---|
| Cheryl A. Rawson | 2 | 20 | 0.3 | 310.00 | 93.00 |
| Jaime A. Angarita | 6 | 8 | 0.2 | 290.00 | 58.00 |
| John L. Heller | 18 | 18 | 3.4 | 305.00 | 1,037.00 |
| John L. Heller | 18 | 18 | 2.1 | 340.00 | 714.00 |
| Kathy Foster | 20 | 25 | 6.9 | 250.00 | 1,725.00 |
| Kathy Foster | 20 | 25 | 3.6 | 265.00 | 954.00 |
| Lisa Owens | 5 | 5 | 0.2 | 130.00 | 26.00 |
| Lucila M. Perez | | | 1.0 | 75.00 | 75.00 |
| Lupe Arce-Solorzano | 1 | 10 | 3.0 | 105.00 | 315.00 |
| Michael Joseph Ambrose | | | 0.3 | 265.00 | 79.50 |
| **Subtotals:** | | | **21.0** | | **$ 5,076.50** |

**Paraprofessionals:**
Name:

| Name | | | Total Hours | Hourly Rate | Total Fee |
|---|---|---|---|---|---|
| Janice Murray | | | 0.5 | 75.00 | 37.50 |
| Janice Murray | | | 0.5 | 80.00 | 40.00 |
| **Subtotals:** | | | **1.0** | | **$ 77.50** |
| **TOTALS:** | | | **22.0** | | **$ 5,154.00** |

**Total Hours by Professionals and Paraprofessionals:** 22.00

**"Blended" Hourly Rate:** $ 234.27

**Total Professionals and Paraprofessionals Fees:** $ 5,154.00

EXHIBIT 1B

Summary of Professional And
Paraprofessional Time By
Activity Code Category

**ACTIVITY CODE CATEGORY: Accounting & Audit**

| | | Hours | Rate | Total Fee |
|---|---|---:|---:|---:|
| **Professionals:** | | | | |
| | John L. Heller | 0.4 | 340.00 | 136.00 |
| | **MATTER TOTALS:** | **0.4** | | **$ 136.00** |

**ACTIVITY CODE CATEGORY: Fee Applications**

| | | Hours | Rate | Total Fee |
|---|---|---:|---:|---:|
| **Professionals:** | | | | |
| | John L. Heller | 0.5 | 340.00 | 170.00 |
| | Lupe Arce-Solorzano | 3.0 | 105.00 | 315.00 |
| | **MATTER TOTALS:** | **3.5** | | **$ 485.00** |

**ACTIVITY CODE CATEGORY: Other Procedures**

| | | Hours | Rate | Total Fee |
|---|---|---:|---:|---:|
| **Professionals:** | | | | |
| | Jaime A. Angarita | 0.2 | 290.00 | 58.00 |
| | Lucila M. Perez | 1.0 | 75.00 | 75.00 |
| | **MATTER TOTALS:** | **1.2** | | **$ 133.00** |

**ACTIVITY CODE CATEGORY: Tax Issues**

| | | Hours | Rate | Total Fee |
|---|---|---:|---:|---:|
| **Professionals:** | | | | |
| | Cheryl A. Rawson | 0.3 | 310.00 | 93.00 |
| | John L. Heller | 3.4 | 305.00 | 1,037.00 |
| | John L. Heller | 1.2 | 340.00 | 408.00 |
| | Kathy Foster | 6.9 | 250.00 | 1,725.00 |
| | Kathy Foster | 3.6 | 265.00 | 954.00 |
| | Lisa Owens | 0.2 | 130.00 | 26.00 |
| | Michael Joseph Ambrose | 0.3 | 265.00 | 79.50 |
| **Paraprofessionals:** | | | | |
| | Janice Murray | 0.5 | 75.00 | 37.50 |
| | Janice Murray | 0.5 | 80.00 | 40.00 |
| | **MATTER TOTALS:** | **16.9** | | **$ 4,400.00** |
| | **TOTALS:** | **22.0** | | **$ 5,154.00** |

**EXHIBIT 2**

Summary of Requested Reimbursement of Expenses
And Disbursements Prepared In Accordance With,
And Allowable Under The Guidelines For Fees And
Disbursements for Professionals

| | |
|---|---:|
| Postage | 40.48 |
| **TOTAL GROSS AMOUNT OF REQUESTED DISBURSEMENTS:** | **$ 40.48** |

EXHIBIT 3

The Applicant's complete time records, in chronological order
by activity code category, for the time period covered by the application.
The requested fees are itemized to the tenth of an hour.

| Category | Staff | Date | Time | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| Accounting & Audit | Heller | 09/25/13 | 0.4 | 340.00 | 136.00 | Review case status with Trustee and Trustee staff. |
| **Category Subtotal** | | | **0.4** | | **136.00** | |
| Fee Applications | Arce-Solorzano | 12/04/13 | 3.0 | 105.00 | 315.00 | Preparation of Final Fee Application and Exhibits thereto. |
| Fee Applications | Heller | 12/06/13 | 0.5 | 340.00 | 170.00 | Review Final Fee Application. |
| **Category Subtotal** | | | **3.5** | | **485.00** | |
| Other Procedures | Perez | 03/15/12 | 1.0 | 75.00 | 75.00 | Other Services - online banking; update budget; numerous emails and phone calls regarding replacement of fire alarm batteries; filing. |
| Other Procedures | Angarita | 09/10/12 | 0.2 | 290.00 | 58.00 | Follow up w Status on payments and case status |
| **Category Subtotal** | | | **1.2** | | **133.00** | |
| Tax Issues | Foster | 02/08/13 | 0.1 | 250.00 | 25.00 | Discuss/plan tax filings with MA |
| Tax Issues | Ambrose | 02/08/13 | 0.3 | 265.00 | 79.50 | Evaluate tax compliance requirements for 2012. |
| Tax Issues | Heller | 03/11/13 | 1.5 | 305.00 | 457.50 | Review 2012 transactions and advise Trustee regarding required income tax filing. |
| Tax Issues | Foster | 03/19/13 | 0.1 | 250.00 | 25.00 | BEM monthly case review manager meeting (and preparation for) to discuss status of case(s) |
| Tax Issues | Heller | 03/19/13 | 0.6 | 305.00 | 183.00 | Meet with Trustee staff regarding case, litigation and tax status. |
| Tax Issues | Owens | 03/22/13 | 0.2 | 130.00 | 26.00 | Prepare Extension. |
| Tax Issues | Foster | 03/30/13 | 2.2 | 250.00 | 550.00 | Review 2012 Forms 1 & 2, pull docket, court papers from Pacer and review to determine 2012 tax status, estimate 2012 tax liability |
| Tax Issues | Foster | 04/01/13 | 0.1 | 250.00 | 25.00 | Briefly review additional 2012 tax info rec'd from KMG |
| Tax Issues | Foster | 04/01/13 | 0.3 | 250.00 | 75.00 | Request additional 2012 tax info from GS,MA,KMG |
| Tax Issues | Foster | 05/10/13 | 4.1 | 250.00 | 1,025.00 | Prepare 2012 income tax return (initial & final) |
| Tax Issues | Heller | 05/21/13 | 0.7 | 305.00 | 213.50 | Manager review of 12/31/2012 Initial and Final US Estate Income Tax Return (Form 1041/1040) along with applicable requests for prompt determination of tax liability under §505(b). |
| Tax Issues | Murray | 05/21/13 | 0.5 | 75.00 | 37.50 | Collation/ Assembly-2012 1041/1040 Tax Returns |
| Tax Issues | Heller | 05/23/13 | 0.6 | 305.00 | 183.00 | Execution and final review of initial and final US Estate Income Tax Return (Form 1041/1040). |
| Tax Issues | Foster | 09/25/13 | 0.1 | 265.00 | 26.50 | Manager meeting to discuss case status |

EXHIBIT 3

The Applicant's complete time records, in chronological order
by activity code category, for the time period covered by the application.
The requested fees are itemized to the tenth of an hour.

| | | | | | | |
|---|---|---|---|---|---|---|
| Tax Issues | Foster | 10/14/13 | 1.3 | 265.00 | 344.50 | Review IRS request to revise 2012 joint estate tax return into two (2) returns (one each for husband and wife); analyze 2012 income/expenses for split |
| Tax Issues | Foster | 10/21/13 | 2.0 | 265.00 | 530.00 | Split 2012 initial/final tax return into (2) separate returns per IRS notice received |
| Tax Issues | Rawson | 10/22/13 | 0.3 | 310.00 | 93.00 | Bankruptcy - Tax Issues review tax return |
| Tax Issues | Heller | 10/25/13 | 0.6 | 340.00 | 204.00 | Manager review of bi-furcated husband and wife initial and final 12/31/2012 US Estate Income Tax Returns (Forms 1041) along with applicable requests for prompt determination of tax liability under §505(b). |
| Tax Issues | Murray | 10/28/13 | 0.5 | 80.00 | 40.00 | Bankruptcy - 2012 1041-1040 Tax Return - Pedro Gomez and Yolanda Valdez |
| Tax Issues | Heller | 10/28/13 | 0.6 | 340.00 | 204.00 | Execution and final review of bi-furcated husband and wife initial and final 12/31/2012 US Estate Income Tax Returns (Forms 1041) along with applicable requests for prompt determination of tax liability under §505(b). |
| Tax Issues | Foster | 11/11/13 | 0.1 | 265.00 | 26.50 | Send 2012 revised tax workpapers to scanning, note delivery to Trustee on control |
| Tax Issues | Foster | 11/20/13 | 0.1 | 265.00 | 26.50 | BEM manager meeting - review status of client |
| **Category Subtotal** | | | **16.9** | | **4,400.00** | |
| **Total Fees:** | | | **22.0** | | **5,154.00** | |

**Expenses**

| Description | Date | Quantity | Amount | Remark |
|---|---|---|---|---|
| Postage | 11/09/12 | 1.0 | 19.80 | Mailng Order Awarding First Fee Application - Copies - 132pages (44 copies;3pgs) @ $.15/page |
| Postage | 11/09/12 | 1.0 | 20.68 | Mailng Order Awarding First Fee Application - Postage - 44 @ $.47 |
| **Total** | | **2.0** | **40.48** | |
| **Total Fees and Expenses** | | | **5,194.48** | |